UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES M. PRICE,

      Plaintiff,

v.                                      Case No.  8:24-cv-314-WFJ-UAM

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

## REPORT AND RECOMMENDATION

Pursuant to sentence four of 42 U.S.C. § 405(g), Plaintiff seeks judicial review of an administrative decision denying his claim for Social Security disability benefits (*see* Doc. 1). At this juncture, the Commissioner seeks entry of an order reversing and remanding the case for further administrative action.  Specifically, the Commissioner asserts:

> On remand, the case will be remanded to an administrative law judge who will offer the claimant an opportunity for a supplemental hearing and issue a new decision.

(Doc. 22 at 1).   Plaintiff has no objection.

Upon consideration, it is hereby **RECOMMENDED**:

1.     Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 22) be **GRANTED**.

2.     The Commissioner's decision be **REVERSED** and the case be **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

3.     The Clerk of Court be directed to enter judgment for Plaintiff and close this case.

**IT IS SO REPORTED** at Tampa, Florida on June 25, 2024.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  See 11th Cir. R. 3-1.