UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES M. PRICE,

    Plaintiff,

v.                                                                                          Case No. 8:24-cv-314-WFJ-LSG

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff Charles Price's Motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), as the prevailing party. Dkt. 27. Defendant Commissioner of Social Security ("Commissioner") filed opposition as to the number of hours expended, not the hourly rate. Dkt. 29. United States Magistrate Judge Griffin recommends that attorney's fees be awarded in the slightly reduced amount of $8,408.16. Dkt. 30.

No objections have been filed to the Report and Recommendation, and the time for doing so has passed. After an independent review of the file, the Court agrees with the Magistrate Judge and orders as follows:

1.	The Report and Recommendation (Dkt. 30) is adopted and confirmed in all respects and made a part of this Order.

2.	Plaintiff's opposed motion for attorney's fees pursuant to the EAJA (Dkt. 27) is **GRANTED IN PART**.

3.	Plaintiff is awarded attorney's fees in the amount of $8,408.16. Unless the Department of the Treasury determines that Plaintiff owes a federal debt, the government must pay the fees to Plaintiff's counsel in accordance with Plaintiff's assignment of fees.  Dkt. 27-1.

**DONE AND ORDERED** at Tampa, Florida, on February 10, 2025.

_____
WILLIAM F. JUNG
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of record